JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSEPH JESUS LOPEZ aka SKINNY, )<br> )<br>       Petitioner, )<br> )<br>       v. )<br> )<br>FELICIA PONCE, )<br> )<br>       Respondent. )<br> )<br>_____ ) | NO. CV 18-01180-AG (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: June 29, 2018.

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE